579 S.E.2d 317

**The STATE, Respondent,**

v.

**Dennis ZULFER, Petitioner.**

No. 25620.

Supreme Court of South Carolina.

Heard March 19, 2003.

Decided April 7, 2003.

in 1.4 trillion and that there were only six billion people on the face of the earth.

Assistant Appellate Defender Aileen P. Clare, of Columbia; for Petitioner.

Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, and Senior Assistant Attorney General Harold M. Coombs, Jr., and Solicitor Warren B. Giese, of Columbia for Respondent.

PER CURIAM.

We granted certiorari to review the Court of Appeals' opinion in *State v. Zulfer*, 345 S.C. 258, 547 S.E.2d 885 (Ct.App.2001). After careful consideration, we dismiss certiorari as improvidently granted.

**DISMISSED.**

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.